Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−17194−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nikeisha L. Mays
   219 Florence Avenue
   Atco, NJ 08004

Social Security No.:
   xxx−xx−8986

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 17, 2021.

On 6/2/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:          July 20, 2022
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 2, 2022
JAN:

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-17194-JNP
Nikeisha L. Mays   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jun 02, 2022      Form ID: 185      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nikeisha L. Mays, 219 Florence Avenue, Atco, NJ 08004-2356 |
| 518221631 | + | Credit Acceptance Corporation, John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518531808 | + | Fairleigh Dickinson University, 1000 River Road, Teaneck, NJ 07666-1939 |
| 518531810 | | Gloucester County Probation, Re: Ricky Williams, PO Box 638, Bridgeton, NJ 08302 |
| 518171727 | | KML Law Group, PC, 216 Haddon Avenue, Westmont, NJ 08108 |
| 518531811 | + | Ricky Williams, Gloucester County Probation, PO Box 638, Woodbury, NJ 08096-7638 |
| 518531807 | + | Rowan College, 601 Pemberton Browns Mills Road, Pemberton, NJ 08068-1536 |
| 518171735 | #+ | Trojan Professional, 4410 Cerritos Avenue, Los Alamitos, CA 90720-2549 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518267179 | | Email/Text: bnc@atlasacq.com | Jun 02 2022 20:47:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518183691 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 02 2022 20:47:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518171722 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:10 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518171723 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | CitiMortgage, PO Box 9442, Gaithersburg, MD 20898-9442 |
| 518171724 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 02 2022 20:47:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 518171725 | | Email/Text: mrdiscen@discover.com | Jun 02 2022 20:47:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 518183469 | | Email/Text: mrdiscen@discover.com | Jun 02 2022 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518171726 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2022 20:48:00 | Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518255577 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2022 20:48:00 | Jefferson Capital Systems LLC, Po Box 7999, |

Case 19-17194-JNP   Doc 66   Filed 06/04/22   Entered 06/05/22 00:13:47   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 02, 2022 | Form ID: 185 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Saint Cloud Mn 56302-9617 |
| 518297669 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518305542 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 02 2022 20:53:28 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518171728 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518171729 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 02 2022 20:53:09 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518171730 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2022 20:47:00 | New York and Company, PO Box 182122, Columbus, OH 43218-2122 |
| 518171732 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:11 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 518174095 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518171733 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:12 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518171734 | + | Email/PDF: tbiedi@PRAGroup.com | Jun 02 2022 20:53:13 | The Bureaus, Inc., 1717 Central, Evanston, IL 60201-1507 |
| 518171736 | + | Email/Text: bkelectronicnotices@usaa.com | Jun 02 2022 20:47:00 | USAA, PO Box 33009, San Antonio, TX 78265-3009 |
| 518292064 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 20:53:23 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518285280 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane,Ste 442, Teaneck NJ 07666 |
| 518531809 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions, LLC, 492C Cedar Lane,Ste 442, Teaneck NJ 07666 |
| 518171731 | ##+ | Security Credit Services, 2653 West Oxford Loop, Oxford, MS 38655-2929 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian S. Thomas | on behalf of Debtor Nikeisha L. Mays brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7