Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−17194−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nikeisha L. Mays
   219 Florence Avenue
   Atco, NJ 08004

Social Security No.:
   xxx−xx−8986

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 20, 2022.

Dated: July 20, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-17194-JNP
Nikeisha L. Mays  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jul 20, 2022      Form ID: plncf13      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nikeisha L. Mays, 219 Florence Avenue, Atco, NJ 08004-2356 |
| 518221631 | + | Credit Acceptance Corporation, John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518531808 | + | Fairleigh Dickinson University, 1000 River Road, Teaneck, NJ 07666-1939 |
| 518531810 | | Gloucester County Probation, Re: Ricky Williams, PO Box 638, Bridgeton, NJ 08302 |
| 518171727 | | KML Law Group, PC, 216 Haddon Avenue, Westmont, NJ 08108 |
| 518531811 | + | Ricky Williams, Gloucester County Probation, PO Box 638, Woodbury, NJ 08096-7638 |
| 518531807 | + | Rowan College, 601 Pemberton Browns Mills Road, Pemberton, NJ 08068-1536 |
| 518171735 | #+ | Trojan Professional, 4410 Cerritos Avenue, Los Alamitos, CA 90720-2549 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518267179 | | Email/Text: bnc@atlasacq.com | Jul 20 2022 20:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518183691 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2022 20:29:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518171722 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 20:33:06 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518171723 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 20:43:39 | CitiMortgage, PO Box 9442, Gaithersburg, MD 20898-9442 |
| 518171724 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2022 20:29:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 518171725 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 20:29:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 518183469 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518171726 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 20:29:00 | Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518255577 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 20:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518297669 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 19-17194-JNP    Doc 73    Filed 07/22/22    Entered 07/23/22 00:12:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | | Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 518305542 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2022 20:33:19 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518171728 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518171729 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2022 20:33:05 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518171730 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 20:29:00 | New York and Company, PO Box 182122, Columbus, OH 43218-2122 |
| 518171731 | + | Email/Text: asmith@securitycreditservicesllc.com | Jul 20 2022 20:29:00 | Security Credit Services, 306 Enterprise Drive, Oxford MS 38655-2762 |
| 518171732 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 20:33:14 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 518174095 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 20:33:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518171733 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 20:33:14 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518171734 | + | Email/PDF: tbiedi@PRAGroup.com | Jul 20 2022 20:33:14 | The Bureaus, Inc., 1717 Central, Evanston, IL 60201-1507 |
| 518171736 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 20 2022 20:29:00 | USAA, PO Box 33009, San Antonio, TX 78265-3009 |
| 518292064 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 20:33:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518285280 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane,Ste 442, Teaneck NJ 07666 |
| 518531809 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions, LLC, 492C Cedar Lane,Ste 442, Teaneck NJ 07666 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 22, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: plncf13 | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian S. Thomas | on behalf of Debtor Nikeisha L. Mays brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7